**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>   Ann M. Burton,<br><br>      Debtor. | Case No. 23-10637-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

   **AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.   The Motion is doc. # 32.
2. The modified plan filed as ECF No. 31 is **APPROVED**.

Date:   12/12/23

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Judge