# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10637-pmm |
| Ann Burton, | Chapter 13 |
| Debtor. | |

### Certificate of No Response to Application for Compensation and Request for Entry of Order

1. Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Application for Compensation filed at ECF No. 39.

2. I have reviewed the docket in this case and no answer, objection, or other responsive pleading to the application appears thereon.

3. Pursuant to the application's associated notice, objections were to be filed and served on or before April 8, 2024.

4. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

5. I respectfully request that the order attached to the application be entered at the earliest convenience of the Court.

Date: April 9, 2024

_/s/ Michael I. Assad_
Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com