**B 2100A (Form 2100A) (12/15)**

# United States Bankruptcy Court

<u>EASTERN</u> District Of <u>PENNSYLVANIA</u>

In re  <u>BURTON, ANN M.</u>  Case No.  <u>2310637 PMM</u>

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | NELNET ON BEHALF OF ASCENDIUM EDUCATION SOLUTIONS/GLHEC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

  ECMC
  P.O. Box 16408
  St. Paul, MN 55116-0408

Phone: 651-221-0566
Last Four Digits of Acct #: 0177

Court Claim # (if known): 5
Amount of Claim: $7,654.85
Date Claim Filed: 03/24/2023

Phone: 800-874-8982
Last Four Digits of Acct #: 0177

Name and Address where transferee
payments should be sent (if different from
above):

  ECMC
  Lockbox #8682
  P.O. Box 16478
  St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 0177

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: <u>/s/ Jeremy Reyelts</u>                    Date: <u>07/23/2026</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*



Date:  3-16-26

#BWCDMPG
Yolanda Jones
ECMC
111 South Washington Ave
Suite 1400
Minneapolis MN 55401-3422

RE:  Bankruptcy Transfers
Batch Date:  March 16, 2026

Dear Yolanda Jones,

Ascendium Education Solutions, Inc. hereby assigns to the Educational Credit Management
Corporation (ECMC) its rights, title, and interest in those student loans in the enclosure to this letter.

Ascendium Education Solutions, Inc. specifically waives notification and any hearing with respect to the
assignment of the claim by ECMC pursuant to Bankruptcy Rule 3001.

If you have any questions, please contact our office.

/s/ Becky Harty
Manager-Bankruptcy Administration



**Ascendium Education Solutions, Inc.**
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org